# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**JOSE ISMAEL GARCIA-SORTO**           **CASE NO.  1:26-CV-01380 SEC P**

**VERSUS**                             **JUDGE EDWARDS**

**DEPT OF HOMELAND SECURITY**          **MAG. JUDGE WHITEHURST**
**ET AL**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Jose Ismael Garcia-Sorto's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 28th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE